In the Matter of the Application of THE MORTGAGE CORPORATION OF NEW YORK, as Trustee of a Certain Mortgage Affecting Property Situate in the County of Kings, State of New York and Known as 3033/45 Coney Island Avenue, Borough of Brooklyn, City of New York, for an Order Directing the Payment of Surplus Income of Said Property to Apply Toward the Reduction of any Past Due Principal of Said Mortgage or Permitting Foreclosure of Said Mortgage, Pursuant to the Provisions of Section 1077-c of the Civil Practice Act. WHITE-HOUSE CONSTRUCTION CORP., Appellant; THE MORTGAGE CORPORATION OF NEW YORK, as Trustee, etc., Respondent.— Order granting application of petitioner and directing appellant to pay to petitioner the sum of $1,500 in reduction of mortgage as surplus produced by the property over and above carrying charges during six months prior to petitioner's application, affirmed, with ten dollars costs and disbursements. Appellant's time to comply with the order is extended until ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.